818 A.2d 1285

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Willie WHITE, Jr., Petitioner.**

Supreme Court of Pennsylvania.

March 14, 2003.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of March 2003, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is VACATED and the matter is REMANDED to the Superior Court for proceedings consistent with *Commonwealth v. Mouzon,* 812 A.2d 617 (Pa.2002), (Opinion Announcing Judgment of Court).